## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MICHAEL HALL,

        Plaintiff,

                                      Case No.: 2:20-cv-1001 GJF/KRS

    v.

TRAVELERS PERSONAL INSURANCE
COMPANY, INSIDE RESPONSE, LLC,
and JANE DOES 1-5,

        Defendants.

### ORDER

THIS MATTER is before the Court on Defendant Inside Response, LLC's "Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF 6] ("Motion").  The Court, having reviewed the record, finds the Motion to be well taken and GRANTS the Motion.

IT IS THEREFORE ORDERED that Inside Response's deadline to respond to the Complaint [ECF 1-1] shall be extended through and including October 22, 2020.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*s/ Andrew E. Cunningham*
Andrew E. Cunningham, Esq.
Sessions, Fishman, Nathan & Israel, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, IL 60604
(312) 578-0992
acunningham@sessions.legal
*Attorney for Inside Response, LLC*