# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL HALL,

    Plaintiff,

v.                                                  No. 2:20-cv-1001 KWR/KRS

TRAVELERS PERSONAL
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on December 2, 2020, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

                                              _____
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE