IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL HALL,

        Plaintiff,

                                                    Case No.: 2:20-cv-1001 KWR/KRS

v.

TRAVELERS PERSONAL INSURANCE
COMPANY, INSIDE RESPONSE, LLC,
and JANE DOES 1-5,

        Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Inside Response, LLC's Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production, (Doc. 31). No response has been filed and the deadline for doing so has passed, which constitutes consent to grant the Motion. *See* D.N.M. LR 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). The Court, having reviewed the record, finds the Motion to be well taken and **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Inside Response's deadline to respond to Plaintiff's First Set of Interrogatories and Requests for Production shall be extended through and including **January 5, 2021**.

                                                                _____
                                                                THE HONORABLE KEVIN R. SWEAZEA
                                                                UNITED STATES MAGISTRATE JUDGE

Submitted by:

*s/ Andrew E. Cunningham*
Andrew E. Cunningham, Esq.
Sessions, Israel & Shartle, LLC
141 West Jackson Boulevard, Suite 3550
Chicago, IL 60604
(312) 578-0992
acunningham@sessions.legal

*Attorney for Inside Response, LLC*